ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
199 Figueroa Street, 3rd Floor
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Darlene Ann Burrus

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARLENE ANN BURRUS<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. CV-13-JSL-PJW<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND AND NO CENTS ($3,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: *Patrick J. Walsh*
UNITED STATES DISTRICT JUDGE

1